IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHY BLACKMAN :
: CIVIL ACTION
v. :
: NO. 10-6946
LINCOLN NATIONAL CORPORATION, :
ET AL. :

# ORDER

**AND NOW**, this 10th day of December, 2012, upon consideration of Defendant Lincoln National Corporation's Motion for Partial Dismissal of the Complaint (ECF No. 4), Plaintiff's request for leave to amend the Complaint (ECF No. 6), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED**. Count III of Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

2. Plaintiff's request for leave to amend the Complaint is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**